**J. PATRICK McCARTHY**
Attorney at Law, #41920
901 H Street, Suite 304
Sacramento, CA   95814
(916) 442-1932

Attorney for Richard Lien

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S –05-0084 |
| Plaintiff, | |
| vs. | **ORDER** |
| RICHARD LIEN, | |
| Defendant. / | |

IT IS HEREBY ORDERED:

GOOD CAUSE APPEARING, the hearing set for June 13, 2005 is VACATED and continued to July 11, 2005 at 9:30 a.m.  Time is excluded through that date pursuant to Local Rule T4.

Dated: June 10, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
U.S. DISTRICT COURT JUDGE