# RECOMMENDATION TERMINATING PROBATION PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**       ) | |
| )                                     | |
| vs.                                ) | **Docket Number:  2:05CR00084-01** |
| )                                     | |
| **Richard LIEN**                   ) | |
| )                                     | |

**LEGAL HISTORY:**

On September 26, 2005, the above-named was placed on probation for a period of 3 years. Special conditions included a requirement for Search; Asset restrictions; Financial disclosure; Drug/alcohol treatment program and testing; Co-payment for treatment/testing; Submit to DNA collection and 180 days home detention.

**SUMMARY OF COMPLIANCE:**

Richard Lien has been supervised by the Northern District of California Probation office and has complied with all conditions and special conditions of probation, and has not been involved in any further criminal activities. It is the opinion of the probation officer that he has derived maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that probation in this case be terminated early.

**Re:** **Richard LIEN**
**Docket Number:   2:05CR00084-01**
**RECOMMENDATION TERMINATING**
**PROBATION PRIOR TO EXPIRATION DATE**


Respectfully submitted,


/s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

Dated:      April 24, 2007
            Elk Grove, California
            DAS/cj


cc:    AUSA Anne Pings (Pursuant to Rule 32, notice of proposed relief to the probationer is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Probation Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

# ORDER TERMINATING PROBATION
## PRIOR TO EXPIRATION DATE

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:05CR00084-01** |
| ) | |
| **Richard LIEN** ) | |
| ) | |

On September 26, 2005, the above-named was placed on probation for a period of 3 years. He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

Dated:   April 24, 2007
         Elk Grove, California
         DAS/cj

**Re:   Richard LIEN**
       **Docket Number:   2:05CR00084-01**
       **ORDER TERMINATING PROBATION**
       **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

 May 14, 2007
**Date**

                                             **Frank C. Damrell, Jr.**
                                             **United States District Judge**

Attachment:   Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office